UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM MICHAEL VONEHL,

    Defendant.
_____/

Hon. Hala Y. Jarbou

Case No. 1:21-cr-00064

## ORDER

Defendant appeared before me on April 1, 2021, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly**, IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on April 1, 2021.

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge